**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __California__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | **12 Conejo LP** |

| | | |
|---|---|---|
| 2. **All other names debtor used in the last 8 years** | **N/A** | |
| Include any assumed names, trade names, and *doing business as* names | | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | **88-3362530** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 12 Conejo Boulevard | 2510 Monterey Street |
| Number        Street | Number        Street |
| | P.O. Box #4359 |
| | P.O. Box |
| Thousand Oaks    CA    91360 | Torrance, CA  90510 |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Ventura | |
| County | Number        Street |
| | |
| | City        State    ZIP Code |

5. **Debtor's website** (URL)    _____

Case: 24-50626    Doc# 1    Filed: 04/29/24    Entered: 04/29/24 14:22:18    Page 1 of 6

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☒ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

531110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   <u>12 Conejo LP</u>                                              Case number (*if known*)_____

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  <u>180 Sanborn LP</u>                  Relationship  <u>Common Ownership</u>

        District  <u>Northern District- San Jose</u>      When  <u>04 / 28 / 2024</u>
                                                                MM / DD / YYYY

        Case number, if known  _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   <u>12 Conejo Boulevard</u>
                             Number        Street

                             <u>Thousand Oaks</u>                  <u>CA</u>      <u>91360</u>
                             City                                State ZIP Code

*Currently with receivers. Payments up to date. Renews 10/11/24.*

**LHT937294 (Primary Property)
795023901 (XS Property)**

**Is the property insured?**

☐ No

☒ Yes. Insurance agency  <u>Steadily</u>

        Contact name  <u>Courtney Pizzarusso, Insurance Agent</u>

        Phone  <u>913-210-8755</u>

---

■ **Statistical and administrative information**

---

Case: 24-50626   Doc# 1   Filed: 04/29/24   Entered: 04/29/24 14:22:18   Page 3 of 6

**13. Debtor's estimation of available funds**

*Check one:*

- [X] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [X] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [ ] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [X] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [ ] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [X] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/28/2024
              MM / DD / YYYY

**X** _(signature)_
Signature of authorized representative of debtor

Andrew Meyers Abdul-Wahab
Printed name

Title  Authorized Signatory

**18. Signature of attorney**

✗   /s/ Jonathan Shenson      Date   04/28/24

Signature of attorney for debtor         MM   / DD  / YYYY

Jonathan Shenson

Printed name

Greenberg Glusker LLP

Firm name

2049 Century Park East, Suite 2600

Number     Street

Los Angeles              CA     90067

City                      State     ZIP Code

310-553-3610          jshenson@ggfirm.com

Contact phone                Email address

184250             CA

Bar number                State

# ATTACHMENT 1

### #10 on Official Form 201
## Related Bankruptcy Cases
### Voluntary Petition for Non-Individuals Filing for Bankruptcy

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  **180 Sanborn LP**  Relationship  **Common Ownership**

District  Northern District- San Jose  When  04 / 28 / 2024
MM / DD / YYYY

Case number, if known  _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  **Shangri-La Development, LLC**  Relationship  **Common Ownership**

District  Northern District- San Jose  When  04 / 28 / 2024
MM / DD / YYYY

Case number, if known  _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  **1675 Industrial LP**  Relationship  **Common Ownership**

District  Northern District- San Jose  When  04 / 28 / 2024
MM / DD / YYYY

Case number, if known  _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  **190 Calle Primera LP**  Relationship  **Common Ownership**

District  Northern District- San Jose  When  04 / 28 / 2024
MM / DD / YYYY

Case number, if known  _____

---

Case: 24-50626    Doc# 1    Filed: 04/29/24    Entered: 04/29/24 14:22:18    Page 6 of 6